No. 79. ADAMS, WARDEN, ET AL. *v.* UNITED STATES EX REL. MCCANN. January 18, 1943. The petition for rehearing is denied. The opinion is amended so that the

last paragraph reads as follows: "The order of the Circuit Court of Appeals must therefore be set aside and the cause remanded to that court for such further proceedings, not inconsistent with this opinion, as may be appropriate." The judgment is amended accordingly.

Opinion reported as amended, *ante,* p. 269.